IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 0 5 2010

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                         Case No.: 1:92-mj-7100 SB, et al.

PNANOUVONG PHOUTTHASINH, et al.

Defendants.

### ORDER OF DISMISSAL

**THIS MATTER** is before the Court **sua sponte**.

**IT IS HEREBY ORDERED** that the foregoing cases be dismissed without prejudice for lack of prosecution and/or failure to appear and all corresponding warrants be quashed.

### CM/ECF CVB MISDEMEANOR CASES

| Case Number | Defendant |
|---|---|
| 1:92-mj-07100-SB-1 | Pnanouvong Phoutthasinh |
| 2:91-mj-05002-SB-1 | Ambrosio Perez |
| 2:91-mj-05003-SB-1 | Leodegario Chacon |
| 2:91-mj-05005-SB-1 | Jackueline Ross Anderson |
| 2:90-mj-05001-JD-1 | Teresa Baldonado |
| 2:91-mj-05006-JD-1 | Uriel Orozco |
| 2:91-mj-05007-JD-1 | Mario Hernandez |
| 1:95-mj-07058-RJD-1 | Jon W Parham |
| 1:95-mj-07084-RJD-1 | Jack J Jaeger |
| 1:95-mj-07116-RJD-1 | Jacob Adams |

| | |
|---|---|
| 1:95-mj-07118-RJD-1 | Patricia Iverson |
| 1:95-mj-07130-RJD-1 | Debra Duran |
| 1:96-mj-07065-RJD-1 | Daniel R Carbajal |
| 1:96-mj-07067-RJD-1 | David L Mathes |
| 1:96-mj-07111-RJD-1 | Alonso W Nevarez |
| 1:96-mj-07115-RJD-1 | Charles W Doherty |
| 1:96-mj-07128-RJD-1 | Gary W Jones |
| 1:98-mj-07056-RJD-1 | Darrell Sandoval |
| 1:98-mj-07067-RJD-1 | Danny L Saiz |
| 1:98-mj-07110-RJD-1 | Les A Harris |
| 1:98-mj-07116-RJD-1 | Vicenta Mendoza |
| 1:99-mj-07019-RJD-1 | Lamar B Louis |
| 1:99-mj-07021-RJD-1 | John R Samroy |
| 1:99-mj-07087-RJD-1 | Jeffrey W Siria |
| 1:99-mj-07093-RJD-1 | Benjamin R Tillman |
| 1:99-mj-07111-RJD-1 | Dale B Begay |
| 1:99-mj-07119-RJD-1 | Daniel Semallie |
| 1:99-mj-07123-RJD-1 | Melanie S Seiler |
| 1:92-mj-07105-WD-1 | William R Wilson |
| 1:94-mj-07108-WD-1 | Federico B Esquivel |
| 1:95-mj-07018-LFG-1 | Dwayne Washburn |
| 1:92-mj-07062-WAJ-1 | Gilbert L Munoz |
| 1:92-mj-07092-WAJ-1 | David Morales |

| Case Number | Name |
|---|---|
| 1:07-mj-02357-RHS-1 | Raul R Ochoa |
| 1:02-mj-07024-DJS-1 | Gary Benally |
| 1:03-mj-07013-DJS-1 | Edwin J Hardman |
| 1:03-mj-09029-DJS-1 | Abel Diaz-Holguin |
| 1:04-mj-09019-DJS-1 | Ross N Lucero |
| 1:05-mj-07006-DJS-1 | Nicholas J Moore |
| 1:06-mj-07039-DJS-1 | Larry K Joe |
| 1:06-mj-07043-DJS-1 | Ruben J Montoya |
| 2:94-mj-05170-1 | Jon A Haden |
| 1:92-mj-07047-AY-1 | Jerri L Thomas |
| 1:92-mj-07048-AY-1 | Adrian Perea |
| 1:92-mj-07049-AY-1 | Lawrence D Casados |
| 1:92-mj-07051-AY-1 | Myong S Stephens |
| 1:92-mj-07053-AY-1 | Gerson S Griego |
| 1:92-mj-07056-AY-1 | Russell L Davis |
| 1:92-mj-07063-AY-1 | Jason M Bunt |
| 1:92-mj-07069-AY-1 | Ken Staley |
| 1:92-mj-07071-AY-1 | John A Weight |
| 1:92-mj-07072-AY-1 | Loren L Boone |
| 1:92-mj-07079-AY-1 | Antonio D Lopez |
| 1:92-mj-07081-AY-1 | Michael J Whalen |
| 1:92-mj-07082-AY-1 | Joann C Ruiz |
| 1:92-mj-07084-AY-1 | Joseph F Vallegos |

| | |
|---|---|
| 1:92-mj-07086-AY-1 | Lloyd Koyawena |
| 1:92-mj-07088-AY-1 | Sandra J Higham |
| 1:92-mj-07091-AY-1 | Mark O Solano |
| 1:92-mj-07094-AY-1 | Louis F Walton |
| 1:92-mj-07121-AY-1 | Brian Atencio |
| 1:92-mj-07132-AY-1 | Kyong M McNeace |
| 1:92-mj-70145-AY-1 | John B Becker |

_____
DON J. SVET
U.S. MAGISTRATE JUDGE

cc: Mary Catherine McCulloch, Assistant U.S. Attorney
Cpt. Kyra Gruenstein, Special Assistant U.S. Attorney
Cpt. Jennifer Berns, Special Assistant U.S. Attorney
U.S. Marshal